United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID MOHAMMAD,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDY LIU,<br><br>    Defendant.<br>_____/ | No. C 06-03498 WHA<br><br>**ORDER REFERRING CASE** |
| KHALID MOHAMMAD,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA AND MONTEREY COUNTY LAW ENFORCEMENT,<br><br>    Defendants.<br>_____/ | No. C 05-02383 RMW |

    *Mohammad v. Liu*, C 06-03498 WHA, is referred to Judge Ronald M. Whyte for consideration of whether it is related to *Mohammad v. California*, C 06-3498 RMW.

    **IT IS SO ORDERED.**

Dated: June 1, 2006

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE