**E-FILED on** 11/24/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHALID MOHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDY LIU,<br><br>    Defendant. | No. C-06-03498 RMW<br><br>JUDGMENT |

On November 21, 2008 the court entered its order dismissing this action. Therefore,

    IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED: 11/21/08

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-06-03498 RMW
JAS

**Notice of this document has been mailed to:**

**Plaintiff:**

Khalid Mohammad
3050 Lexington Court
Marina, CA 93933

PRO SE

**Notice of this document has been electronically sent to:**

**Counsel for Defendant:**

Claire T. Cormier          claire.cormier@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/24/08                                         JAS
                                                     **Chambers of Judge Whyte**